# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:07-CV-1091

**WILLIAM S. GABRYLUK**

- v -

**U.S. ARMY CHIEF, Office of Promotions,
Reserve Components; and DOYLE WILSON,
(or successor), Chief, Special Actions Section,
Reserve Components**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed, without costs, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed May 29, 2008.

 May 29, 2008 
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

      C. Mergenthaler      
**(BY)  DEPUTY CLERK**

Entered and served on May 29, 2008